## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
San Antonio ▼ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

5:21-cv-01291; John Glenn Guthrie v. Ocwen Loan Servicing, LLC, REALHome Services and Solutions, Inc., Altisource Solutions, Inc., Premium Titles Services - Texas Title, HUBZU.COM, DOES 1-50

2.      Was jury demand made in State Court?          ☐ Yes   ☒ No

If yes, by which party and on what date?

Party Name                                        Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 See Attached

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

 N/A

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 N/A

**VERIFICATION**:

 Shawnika L. Harris                                          01-04-2022

Attorney for Removing Party                      Date

See Attached

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

**ATTACHMENT**

**Supplemental Civil Cover Sheet for Cases Removed
From State Court**

| PARTY | ATTORNEY INFORMATION |
|---|---|
| **Plaintiff:**<br><br>John Glenn Guthrie | Pro Se |
| **Defendant:**<br><br>PHH Mortgage Corporation d/b/a PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC | **B. David L. Foster**<br>  rmowrey@lockelord.com<br>Locke Lord LLP<br>600 Congress Ave., Suite 2200<br>Austin, Texas 78701<br>(512) 305-4700<br>(512) 305-4800 (Facsimile)<br>**Robert T. Mowrey**<br>  rmowrey@lockelord.com<br>**Shawnika L. Harris**<br>  Shawnika.Harris@lockelord.com<br>Locke Lord LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-6776<br>(214) 740-8000<br>(214) 740-8800 - Fax |
| 1.  REALHome Services and Solutions, Inc.,<br><br>2.  Altisource Solutions, Inc. (incorrectly sued as Altisource),<br><br>**3.**  Premium Title Services of Texas, Inc. LLC | **Annalyn G. Smith**<br>8000 IH 10 West, Suite 1600<br>San Antonio, Texas 78230<br>Telephone: (210) 447-8033<br>Facsimile: (210) 447-8036<br> SCHMOYER REINHARD LLP |