IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN GLENN GUTHRIE, *Plaintiff*, v. OCWEN LOAN SERVICING, LLC, REALHOME SERVICES AND SOLUTIONS, INC., ALTISOURCE, PREMIUM TITLE SERVICES – TEXAS TITLE; HUBZU.COM; DOES 1-50, *Defendants*. | CIVIL ACTION NO. 5:21-CV-01291 |

### MOTION TO ALLOW SHAWNIKA L. HARRIS TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Defendant PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC ("Defendant" or "PHH") files this Motion to Allow Shawnika L. Harris ("Ms. Harris") to Withdraw and Substitution of Counsel (the "Motion").

Ms. Harris is leaving Locke Lord LLP. Accordingly, Ms. Harris seeks to immediately withdraw as counsel for Defendant in the above-referenced matter. Defendant will not be prejudiced by Ms. Harris' withdrawal because Robert T. Mowrey and B. David L. Foster of Locke Lord LLP will remain as counsel for Defendant.

Granting this Motion will not harm or prejudice Plaintiff, nor will the granting of this Motion cause undue delay.

Additionally, please take notice that Vincent J. Hess is entering an appearance in the above-styled and numbered cause on behalf of Defendant:

Vincent J. Hess
vhess@lockelord.com
Texas Bar No. 09549417
LOCKE LORD LLP
2200 Ross Avenue, Ste. 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800

Please provide Mr. Hess with copies of all correspondence, pleadings or other documents in this case.

WHEREFORE, Defendant respectfully requests that this Motion be granted, that Ms. Harris be immediately withdrawn as counsel of record for Defendant, that the Court order the docket be amended to reflect that Ms. Harris has withdrawn as counsel for Defendant and no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case, and that Vincent J. Hess be added as counsel of record for Defendant.  Defendant respectfully requests that Robert T. Mowrey and B. David L. Foster continue to be provided with copies of all correspondence, pleadings, or other documents in this case as counsel for Defendant.

Respectfully submitted,

LOCKE LORD LLP

*/s/ Shawnika L. Harris*
**B. David L. Foster**
  State Bar No. 24031555
  dfoster@lockelord.com
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Vincent J. Hess**
  Texas Bar No. 09549417
  vhess@lockelord.com
**Shawnika L. Harris**
  State Bar No. 24106058
  Shawnika.Harris@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**PHH Mortgage Corporation d/b/a PHH**
**Mortgage Services, successor by merger to**
**Ocwen Loan Servicing, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant attempted to confer with pro se Plaintiff regarding the relief sought herein and received no response.

*/s/ Shawnika L. Harris*
Shawnika L. Harris

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2022, a true and correct copy of the foregoing document was served on the following via ECF and/or CMRRR according to the Federal Rules of Civil Procedure:

John Glenn Guthrie
1250 Iowa Street
Ashland, OR  97520
(541) 951-5818
*Plaintiff Pro Se*

Annalyn G. Smith
**SCHMOYER REINHARD LLP**
8000 IH 10 West, Suite 1600
San Antonio, Texas 78230
Telephone: (210) 447-8033
Facsimile: (210) 447-8036

*Attorneys for REALHome Services and Solutions, Inc.*
*Altisource Solutions, Inc.*
*Premium Title Services of Texas, Inc. LLC*

*/s/ Shawnika L. Harris*
**Counsel for Defendant**
**PHH Mortgage Corporation d/b/a PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC**