# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **JOHN GLENN GUTHRIE,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | |
| § | |
| **OCWEN LOAN SERVICING, LLC,** § | **CIVIL ACTION NO. 5:21-CV-01291** |
| **REALHOME SERVICES AND** § | |
| **SOLUTIONS, INC., ALTISOURCE,** § | |
| **PREMIUM TITLE SERVICES –** § | |
| **TEXAS** § | |
| **TITLE; HUBZU.COM; DOES 1-50,** § | |
| § | |
| *Defendants.* | |

## DEFENDANT PHH'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION

Defendant PHH Mortgage Corporation, successor to Ocwen Loan Servicing, LLC, does not oppose Plaintiff's Motion For Extension (Doc. 15).

Respectfully submitted,

*/s/ Vincent J. Hess*
**B. David L. Foster**
  State Bar No. 24031555
  dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Vincent J. Hess**
  Texas Bar No. 09549417
  vhess@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**PHH Mortgage Corporation d/b/a PHH**
**Mortgage Services, successor by merger to**
**Ocwen Loan Servicing, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2022, a true and correct copy of the foregoing document was served on the following via ECF and/or CMRRR and/or Email according to the Federal Rules of Civil Procedure:

| | |
|---|---|
| John Glenn Guthrie<br>1250 Iowa Street<br>Ashland, OR  97520<br>emailouroffice@aol.com<br>*Plaintiff Pro Se* | Annalyn G. Smith<br>**SCHMOYER REINHARD LLP**<br>8000 IH 10 West, Suite 1600<br>San Antonio, Texas 78230<br>Telephone: (210) 447-8033<br>Facsimile: (210) 447-8036<br>asmith@sr-llp.com<br><br>*Attorneys for REALHome Services and Solutions, Inc., Altisource Solutions, Inc., Premium Title Services of Texas, Inc. LLC* |

*/s/ Vincent J. Hess*
**Counsel for Defendant**
**PHH Mortgage Corporation d/b/a PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC**