FILED

MAR 1 8 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOHN GLENN GUTHRIE,                 CIVIL ACTION NO. 5:21-cv-01291
    PLAINTIFF

Vs

Ocwen Loan Servicing, LLC,
RealHome Services and Solutions
Inc., Altisource, Premium Title
Services - Texas Title, Hubzu.com,
    DEFENDANTS

## WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT AGAINST ALTISOURCE

PLAINTIFF withdraws his motion above.

Attorney for the Defendant (Schmoyer and Reinhard) REALHOME SERVICES AND SOLUTIONS has brought it to the Plaintiff's attention that, although the Bexar Court Clerk shows that ALTISOURCE (ALTISOURCE SOLUTIONS, INC.) did not respond to the citation they were served, they actually are the attorney of record and did file a response with the Court on December 13, 2021. Plaintiff missed this filing somehow.

Further noted, this same response was also filed on behalf of another Defendant as well - PREMIUM TITLE (PREMIUM TITLE - TEXAS TITLE), who the Bexar Court Clerk shows as "not served."

Respectfully,

*/s/ John G. Guthrie*

JOHN GLENN GUTHRIE
PLAINTIFF, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2022, a true and correct copy of the foregoing document was served on the following via CMRRR according to the Federal Rules of Civil Procedure.

B. David L. Foster
Locke and Lord LLP
600 Congress Avenue, Suite 2200
Austin, TX  78701

Robert T. Mowrey
Locke and Lord LLP
2200 Ross Avenue
Dallas TX  75201-6776

Vincent Hess
Locke and Lord LLP
2200 Ross Avenue
Dallas, TX  75201-6776

Annalynn G. Smith
Schmoyer Reinhard LLP
8000 IH 10 West,, Suite 1600
San Antonio, TX  78230

_____
JOHN GLENN GUTHRIE
PLAINTIFF, PRO SE

WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT - 2